UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALEX BORDERS RAMIREZ,

                 Plaintiff,

       -against-

CORRECTIONS OFFICER HOLMES et al.,

                Defendant.
--------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
13-cv-03233 (CBA) (VVP)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2014 ★

**BROOKLYN OFFICE**

**AMON, Chief United States District Judge.**

     On January 13, 2014, plaintiff Alex Ramirez has filed a letter stating that she wished to withdraw this case. (D.E. # 38.) On January 24, 2014, after defendants were given an opportunity to respond and did not do so, Magistrate Judge Pohorelsky issued a Report and Recommendation (R&R) recommending that the Court dismiss this action without prejudice. Neither party has objected to the R&R, and the time for doing so has passed. The Court hereby adopts Magistrate Pohorelsky's R&R and dismisses the case without prejudice. The Clerk of Court is directed to terminate all pending motions and close this case.


SO ORDERED.

Dated: February 21, 2014
       Brooklyn, N.Y.

                            s/Carol Bagley Amon
                            Carol Bagley Amon
                            Chief United States District Judge